**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENOBIO EVARISTO SANTIAGO-SANTIAGO, a.k.a. Cenobio Evaristo Santiago,<br><br>    Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>    Respondent. | No. 09-70305<br><br>Agency No. A091-717-485<br><br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Cenobio Evaristo Santiago-Santiago, a native and citizen of Mexico,

petitions for review of the Board of Immigration Appeals' order dismissing his

appeal from an immigration judge's decision denying his motion to reopen.  We

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

have jurisdiction under 8 U.S.C. § 1252.  We deny the petition for review.

In his opening brief, Santiago-Santiago fails to address, and therefore has waived any challenge to, the agency's dispositive determination that the motion to reopen was untimely filed.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived); 8 C.F.R. § 1003.23(b)(1).

**PETITION FOR REVIEW DENIED.**